UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at FRANKFORT**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 5:04-04-JMH |
| ) | |
| v. ) | |
| ) | **ORDER** |
| WILSON R. CUNIGAN, ) | |
| ) | |
| Defendant. ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

This matter is before the Court on the Report and Recommendation of Magistrate Judge Edward B. Atkins [Record No. 67]. Said action was referred to the Magistrate Judge for the purpose of reviewing the merits of Defendant's motion to vacate pursuant to 28 U.S.C. § 2255. Petitioner has not filed objections to the Report and Recommendation, and the deadline for filing objections has passed. Although it is clear that "a judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations made by the magistrate judge," 28 U.S.C. § 636, when, as in the case *sub judice*, the petitioner fails to file any objections to the Report and Recommendation, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Consequently, this Court adopts the reasoning set forth in the

1

Report and Recommendation as its own.

Accordingly, **IT IS ORDERED**:

(1)  that the Report and Recommendation of the Magistrate Judge [Record No. 67] be, and the same hereby is, **ACCEPTED**;

(2)  that Plaintiff's motion to dismiss [Record No. 65] be, and the same hereby is, **GRANTED**;

(3)  that Defendant's motion to vacate [Record No. 61] be, and the same hereby is, **DENIED**;

(4)  that this action be, and the same hereby is, **DISMISSED WITH PREJUDICE** and **STRICKEN FROM THE ACTIVE DOCKET**.

This the 19th day of May, 2008.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

2